**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MAY 5, 2015**
**WESTERN DISTRICT**

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
WD77501        Ricky L. Haskins vs. Jessica C. Toll
WD77718        C.C. vs. B.C.

**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
----------------------------------------------------------------
WD76599        State of Missouri vs. Robert L. Washington, Jr.